No. 333, Misc. FRAZIER *v.* INDIANA ET AL. Circuit Court of Allen County, Indiana. Certiorari denied.

No. 335, Misc. BRADLEY *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 339, Misc. CUNNINGHAM *v.* McNEILL, SUPERINTENDENT OF MATTEAWAN STATE HOSPITAL. Court of Appeals of New York. Certiorari denied.

No. 340, Misc. LOVEDAHL *v.* NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied.

No. 344. ARBULICH *v.* ARBULICH, 346 U. S. 897. Motion for leave to file petition for rehearing denied.

No. 409. BALTIMORE TRANSFER CO. ET AL. *v.* INTERSTATE COMMERCE COMMISSION ET AL., 346 U. S. 890;

Nos. 433 and 434. RINES, ADMINISTRATOR, *v.* JUSTICES OF THE SUPERIOR COURT, 346 U. S. 919;

No. 465. VILES *v.* SCOFIELD ET AL., 346 U. S. 925; and

No. 467. WEISS *v.* UNITED STATES, 346 U. S. 924. Petitions for rehearing denied.

No. 239, Misc. CHESSMAN *v.* CALIFORNIA ET AL., 346 U. S. 916. Rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.

No. 334, Misc., October Term, 1952. MAUGHS *v.* ROYSTER, SUPERINTENDENT OF STATE PRISON FARM, 345 U. S. 912. Second petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.